# IN THE SUPREME COURT OF THE STATE OF NEVADA

RAY SHARPE,
                    Appellant,

        vs.

ALISHA GRUNDY,
                    Respondent.

No. 76534

**FILED**

OCT 19 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
    DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from a final judgment and orders transferring property and quieting title. Eighth Judicial District Court, Clark County; Joseph Hardy, Jr., Judge.

Because it appeared that the notice of appeal had been prematurely filed, before the resolution of a timely tolling motion, this court entered an order directing appellant to show cause why the appeal should not be dismissed. Appellant has responded and agrees that the motion for reconsideration has not been resolved by written order. Accordingly, we lack jurisdiction. *See Rust v. Clark Cty. School District*, 103 Nev. 686, 747 P.2d 1380 (1987) (explaining that the district court's oral pronouncement from the bench, the clerk's minute order, and even an unfiled written order cannot be appealed). We

ORDER this appeal DISMISSED.

_____, J.
Cherry

_____, J.        _____, J.
Parraguirre                                   Stiglich

18-41209

cc:    Hon. Joseph Hardy, Jr., District Judge
       TCM Law
       Flangas Law Firm, Ltd.
       Eighth District Court Clerk